NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE PACTIV LLC**

---

2014-1066, -1067, -1068, -1069, -1070

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. 90/010,976, 90/011,128, 90/011,130, 90/011,131, and 90/011,132.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Pactiv LLC's unopposed motion to consolidate appeal 2014-1066 with appeals 2014-1067, 2014-1068, 2014-1069, and 2014-1070,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption is reflected above. The appeals shall be argued as a single case.

(2) Pactiv LLC's opening brief is due within 45 days from the date of this order.

                                                For the Court

                                                <u>/s/ Daniel E. O'Toole</u>
                                                Daniel E. O'Toole
                                                Clerk of Court

s26